Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
IN RE:                                                          :
Fosamax Products Liability Litigation          :
--------------------------------------------------------x
*This Document Relates to:*                       :          1:06-md-1789 (JFK)
Diane K. Brookman                                  :
v. Merck & Co., Inc.                                 :
                                                              :
Case No: 1:08-cv-04144-JFK                    :          **Rule 7.1 Statement**
--------------------------------------------------------x

          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated:  New York, New York
       June 30, 2008

                           Respectfully submitted,

                           HUGHES HUBBARD & REED LLP

                           By:_/s/_____
                              Norman C. Kleinberg
                              Theodore V. H. Mayer
                              William J. Beausoleil

                           One Battery Park Plaza
                           New York, New York 10004-1482
                           (212) 837-6000
                           kleinber@hugheshubbard.com
                           mayer@hugheshubbard.com
                           beausole@hugheshubbard.com
                           *Attorneys for Defendant Merck & Co., Inc.*